UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MULHALL,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No.  16-cv-01841-DMR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 15 |

The court is in receipt of Defendants' Motion to Dismiss. [Docket No. 15.] Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff properly filed a First Amended Complaint on June 8, 2016. Order Approving Stipulation Extending Deadline to File Amended Complaint [Docket No. 17]; First Amended Complaint [Docket No. 18]. Accordingly, Defendants' Motion to Dismiss is denied as moot. The June 30, 2016 hearing is hereby vacated.

**IT IS SO ORDERED.**

Dated: June 17, 2016

Donna M. Ryu
United States Magistrate Judge